United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-80223-H2-7 |
| **Almoni Services** | § | |
| **dba Zipp E-Bikes** | § | CHAPTER 7 |
| **DEBTOR** | § | |

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

Came on for consideration Debtor(s) Almoni Services' Motion for Voluntary Dismissal. After reviewing the evidence and hearing the argument of counsel, it is the opinion of this Court that such motion is meritorious. It is therefore:

ORDERED that Debtor's Motion for Voluntary Dismissal is GRANTED.

Signed: September 17, 2024

_____
Alfredo R Pérez
United States Bankruptcy Judge

Submitted by:
Daniel J Ciment
Ciment Law Firm, PLLC
TBN: 24042581
221 Bella Katy Drive
Katy, TX 77494
Tel: (346) 307-9343
Fax: (855) 855-9830
Attorney for Debtor